UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, *et al.*, *ex rel.*
ADAM LAFERRIERE,

       Plaintiffs,

v.

ENCORE REHABILITATION SERVICES,
LLC, *et al.*,

       Defendants.

Case No. 1:17-cv-0095

Hon. Janet T. Neff
United States District Judge

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Relator Adam LaFerriere, through his undersigned counsel, hereby gives notice that any and all claims against Defendant Encore Rehabilitation Services, LLC for reasonable attorneys' fees, expenses and costs under 31 U.S.C. § 3730(d) and analogous state laws asserted in the above-captioned matter are dismissed with prejudice.

Relator respectfully requests that the Court enter an Order in the form attached hereto.

                                                              _____
                                                              JOEL M. ANDROPHY
                                                              JANIS G. GORTON
                                                               Berg & Androphy
                                                               3704 Travis Street
                                                               Houston, TX 77002
                                                               P: (713) 529-5622
                                                               F: (713) 529-3785

                                                               *Counsel for Relator Adam LaFerriere*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, *et al.*, *ex rel.*
ADAM LAFERRIERE,

    Plaintiffs,

v.

ENCORE REHABILITATION SERVICES,
LLC, *et al.*,

    Defendants.
_____/

Case No. 1:17-cv-0095

Hon. Janet T. Neff
United States District Judge

## [PROPOSED] ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Relator Adam LaFerriere, filed a Notice of Voluntary Dismissal with Prejudice.  Upon consideration of the Stipulation, and the papers on file in this action,

**IT IS HEREBY ORDERED:**

All claims asserted by Relator against Defendant Encore Rehabilitation Services, LLC for reasonable attorneys' fees, expenses and costs under 31 U.S.C. § 3730(d) and analogous state laws are dismissed with prejudice.

**SO ORDERED** this _____ day of _____, 2020.

_____
JANET T. NEFF
UNITED STATES DISTRICT JUDGE