UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, *et al.*, *ex rel.*
ADAM LAFERRIERE,

      Plaintiffs,

v.                                            Case No. 1:17-cv-0095

ENCORE REHABILITATION SERVICES,      Hon. Janet T. Neff
LLC, *et al.*,                                   United States District Judge

      Defendants.
_____/

## ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Relator Adam LaFerriere filed a Notice of Voluntary Dismissal with Prejudice (ECF No. 88).  Upon consideration of the Notice and the papers on file in this action:

**IT IS HEREBY ORDERED:**

All claims asserted by Relator against Defendant Encore Rehabilitation Services, LLC for reasonable attorneys' fees, expenses and costs under 31 U.S.C. § 3730(d) and analogous state laws are dismissed with prejudice.

**SO ORDERED** this 21st day of April, 2020.

                                                     /s/ Janet T. Neff
                                                     JANET T. NEFF
                                                     UNITED STATES DISTRICT JUDGE